NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FIRST DATA CORPORATION, FRANK BISIGNANO,**
*Plaintiffs-Appellants*

v.

**ERIC INSELBERG, INSELBERG INTERACTIVE, LLC,**
*Defendants-Appellees*

---

2016-2677

---

Appeal from the United States District Court for the District of New Jersey in No. 2:15-cv-08301-KM-JBC, Judge Kevin McNulty.

-------------------------------------------------------------------------------

**ERIC INSELBERG, INSELBERG INTERATIVE, LLC,**
*Plaintiffs-Appellees*

v.

**FRANK BISIGNANO,**
*Defendant*

**FIRST DATA CORPORATION,**
*Defendant-Appellant*

---

2016-2696

---

Appeal from the United States District Court for the District of New Jersey in No. 2:16-cv-00317-KM-JBC, Judge Kevin McNulty.

---

### ORDER

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The opening brief is due no later than November 22, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court